IN THE UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

2010 MAY 26  AM 11: 42

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:10 cr 090 |
| | ) | |
| v. | ) | MICHAEL R. MERZ |
| | ) | |
| GILBERT WOODS | ) | INFORMATION |
| | ) | 29 U.S.C. § 439(a) |
| Defendant | ) | 29 U.S.C. § 439(c) |
| | ) | |
| | ) | (MISDEMEANOR) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
### (False Statements and Representations in Records)

Between in or about April 2004 and June 2007, in the Southern District of Ohio, the defendant, **GILBERT WOODS**, did willfully make false entries in records, reports and statements required to be kept under the provisions of Title 29, United States Code, Subchapter III.

In violation of Title 29 U.S.C. §§ 439(a) and (c).

CARTER M. STEWART
UNITED STATES ATTORNEY

Laura I. Clemmens
Dayton Branch Chief